UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAM L. HANKINS,<br><br>            Plaintiff,<br><br>vs.<br><br>GEIGER CORRECTIONS CENTER, DR. JOHN DOE, NURSE (SUPERVISOR) JANE DOE, and BRETT SOBOSKY,<br><br>            Defendants. | NO.  CV-05-288-JLQ<br><br>ORDER DISMISSING ACTION |

By Order filed November 7, 2005, the court directed Mr. Hankins to comply with the requirements of 28 U.S.C. § 1915(a)(1) by filing an affidavit of his indigency.  The court warned Mr. Hankins that failure to comply with the filing fee requirements would result in the dismissal of this action.  Plaintiff did not comply; he did not pay the filing fee; and he has filed nothing further in this action.

Accordingly, **IT IS ORDERED** this action is **DISMISSED** without prejudice for failure to comply with 28 U.S.C. § 1915(a)(1).   The District Court Executive shall file this Order,  forward a copy to Plaintiff at his last known address, and close the file.

**DATED** this 16th day of December 2005.

                                              s/ Justin L. Quackenbush
                                          JUSTIN L. QUACKENBUSH
                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 1